**Fill in this information to identify the case:**

Debtor name: Santa Clarita, LLC

United States Bankruptcy Court for the: District of Arizona (State)

Case number (If known): 2:20-bk-12402-MCW

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Foley Bezek Behle Curtis LLP<br>15 W. Carrillo St.<br>Camarillo, CA 93010 | (805) 962-9455 | Professional Services | Disputed | | | $500,000 |
| 2 | Kimley Horn<br>7740 N. 16th Street, #300<br>Phoenix, AZ 85020 | (619) 744-0142 | Professional Services | | | | $20,000 |
| 3 | Loeb & Loeb<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067 | (310) 282-2099 | Professional Services | | | | $20,000 |
| 4 | Steve Miers<br>6000 South 56th Street<br>Lincoln, NE 68516 | (402) 730-6000 | loan | | | | $300,000 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: **Santa Clarita, LLC** Case number (if known): 2:20-bk-12402-MCW

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |