1  Steven P. McDonald (CA SB77368)
   The McDonald Law Firm, LC
2  1609 Soledad Ave.
   La Jolla, CA 92037
3  Telephone: (858) 551-1185
   Email: smcdonald@themcdonaldlawfirm.com
4
   Attorneys for Creditor Hargis + Associates, Inc.
5

6

7                **IN THE UNITED STATES BANKRUPTCY COURT**

8                     **FOR THE DISTRICT OF ARIZONA**

9  | In Re: | Proceedings Under Chapter 11 |
   |---|---|
10 | SANTA CLARITA, LLC, | Case No. 2:20-bk-12402-MCW |
11 | Debtor. | **HARGIS + ASSOCIATES, INC. LIMITED JOINDER TO DEBTOR SANTA CLARITA, LLC AND SNELL & WILMER L.L.P.'S LIMITED OBJECTION RE: TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT REGARDING CLAIMS OF BLUE OX HOLDINGS, LLC [Dkt. 400 and 454]** |
12
13
14
15
16 |  | **Hearing Date: Feb 24-25, 2022** |
   |  | **Time:            9:00 a.m.** |
17

18        Hargis + Associates, Inc., a California corporation, ("**Hargis**"), a secured creditor

19  and party in interest in the above-captioned Chapter 11 proceeding of Santa Clarita, LLC

20  ("**Debtor**") case, herewith files this limited joinder to *DEBTOR SANTA CLARITA, LLC*

21  *AND SNELL & WILMER L.L.P.'S LIMITED OBJECTION RE: TRUSTEE'S MOTION*

22  *TO APPROVE SETTLEMENT AGREEMENT REGARDING CLAIMS OF BLUE OX*

23  *HOLDINGS, LLC Holdings, LLC* ("**Debtor's Objection to Blue Ox Settlement**")

24  [Dkt. 454].

25  / / /

26  / / /

27  / / /

28  / / /

## I.

## LIMITED JOINDER IN DEBTOR'S OBJECTION TO BLUE OX SETTLEMENT

Hargis joins the Debtor's Objection to Blue Ox Settlement as to the following sections:

**A. The Cash Component and Contribution Component of the Proposed Transaction May be Encumbered by the Liens of Junior Secured Creditors.**

(Debtor's Objection to Blue Ox Settlement at p. 3, et seq. (Sec. II.A.))

**B. The Settlement Seeks to Impose a "Priority Skipping" Scheme by Providing General Unsecured Creditors Priority Over Priority Unsecured Creditors.**

(Id. at p. 4, et seq. (Sec. II.B.2.))

**C. The Proposed Timeline for the "Auction" is Woefully Insufficient.**

(Id. at p. 7, et seq. (Sec. II.C.))

    1. The Auction Will Not Provide an Approximate Market Value Given the Lack of a Robust, Open, and Fair Process with Substantial Marketing and Meaningful Due Diligence and Appropriate Number of Bidders.

       (Id. at p. 7, et seq. (Sec. II.C.1.))

    2. The Auction Provides Insufficient Notice as Required by the Code, Bankruptcy Rules, and Local Bankruptcy Rules. (Id. at p. 8, et seq. (Sec. II.C.2.))

    3. Consideration of the Lionel and GM Factors as Part of the § 363 Analysis.

       (Id. at p. 7, et seq. (Sec. II.C.3.))

**D. Where Does the Case Go from Here Post-9019 and/or § 363 Sale?**

(Id. at p. 12, et seq. (Sec. II.G.3.))

/ / /

/ / /

/ / /

2

1

**II.    CONCLUSION**

2      For the foregoing reasons, in addition to HARGIS + ASSOCIATES, INC.

3  OBJECTION TO MOTION TO APPROVE SETTLEMENT AGREEMENT

4  REGARDING CLAIMS OF BLUE OX HOLDINGS, LLC and LIMITED JOINDER IN

5  WHITTAKER OBJECTION [Dkt. 456], Hargis respectfully requests that this Court deny

6  the Trustee's 9019 Motion regarding Blue Ox and not approve the Trustee and Blue Ox's

7  Settlement in its present form.

8  RESPECTFULLY SUBMITTED this 9th day of February 2022.

9                                        The McDonald Law Firm, LC

10

11                               By: *Steven P. McDonald*
                                        _____
12                                        Steven P. McDonald
                                        Attorneys for Creditor Hargis + Associates, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3