GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
NV State Bar No. 6654 (Admitted *Pro Hac Vice*)
E-mail: ggarman@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone (725) 777-3000

GARMAN TURNER GORDON LLP
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No. 024447
E-mail: tpilatowicz@gtg.legal
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Telephone (725) 777-3000
*Attorneys for Creditor Blue Ox Holdings, LLC*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| SANTA CLARITA, LLC, | Case No.: 2:20-bk-12402-MCW |
| Debtor. | |

## NOTICE OF SERVICE OF BLUE OX HOLDINGS, LLC'S DISCOVERY RESPONSES

Pursuant to Local Rule 5005-1(a), defendant Blue Ox Holdings, LLC ("Blue Ox") hereby gives notice of service on Remediation Financial, Inc. on February 8, 2022 of Blue Ox's:

1. *Answers to Remediation Financial, Inc.'s First Interrogatories to Blue Ox Holdings, LLC;* and

. . .

. . .

2. *Response to Remediation Financial, Inc.'s First Set of Requests for Production of Documents to Blue Ox Holdings, LLC*

DATED this 9th day of February, 2022

By: */s/ Teresa Pilatowicz*
TERESA M. PILATOWICZ, ESQ.
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016

GREGORY E. GARMAN (admitted *pro hac vice*)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Defendant Blue Ox Holdings, LLC*

GARMAN TURNER GORDON
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
725-777-3000

2

Case 2:20-bk-12402-MCW    Doc 461    Filed 02/09/22    Entered 02/09/22 14:30:51    Desc
Main Document    Page 2 of 2