Thomas J. Salerno (007492)
Anthony P. Cali (028261)
**STINSON LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
thomas.salerno@stinson.com
anthony.cali@stinson.com

*Attorneys for Interested Party and Creditor Whittaker Corporation*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SANTA CLARITA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:20-bk-12402-MCW<br><br>**NOTICE OF ERRATA TO WHITTAKER CORPORATION'S OBJECTION (DKT. 453) TO TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT REGARDING CLAIMS OF BLUE OX HOLDINGS, LLC (DKT. 400) and LIMITED JOINDER IN CLAIM OBJECTION (DKT. 359)**<br><br>**Hearing Date: February 24-25, 2022**<br>**Time of Hearing: 9:00 a.m.** |

Whittaker Corporation ("**Whittaker**") hereby provides this Notice of Errata with respect to the Objection filed on February 8, 2022 (Dkt. 453). That Objection stated that an unsettled issue was the status of Land Use Covenants ("**LUCs**"). *See* Objection at 10, Section II.B.4.

Undersigned counsel was mistaken in this regard. The necessary LUCs were finally completed a month or so ago and Whittaker believes they were appropriately recorded with respect to the Property. The foregoing notwithstanding, should the Sale Phase

attempt to sell the Property free and clear of the LUCs, Whittaker reserves its rights to object.

DATED this 9th day of February 2022.

**STINSON LLP**

By:     */s/ Thomas J. Salerno*
                Thomas J. Salerno
                Anthony P. Cali
                1850 N. Central Avenue, Suite 2100
                Phoenix, Arizona 85004-4584

*Attorneys for Interested Party and Creditor Whittaker Corporation*

I hereby certify that on February 9, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, including the parties listed below, via email/U.S. mail postage prepaid:

Edward K. Bernatavicius
Office of the U.S. Trustee
230 North First Avenue, Ste. 204
Phoenix, AZ 85003-1706
Edward.K.Bernatavicius@usdoj.gov

Todd A. Bugess
Lindsi M. Weber
The Burgess Law Group
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Todd@theburgesslawgroup.com
Lindsi@theburgesslawgroup.com

Gregory E. Garman (Admitted *Pro Hac Vice*)
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
ggarman@gtg.legal

Teresa M. Pilatowicz
Garman Turner Gordon LLP
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
tpilatowicz@gtg.legal

Taylor H. Allin

| | |
|---|---|
| 1 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| | 2720 East Camelback Road, Suite 210 |
| 2 | Phoenix, AZ 85016 |
| | Taylor.allin@wilsonelser.com |
| 3 | |
| | Mark G. Ledwin |
| 4 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| | 1133 Westchester Avenue |
| 5 | White Plains, New York 10604 |
| | Mark.ledwin@wilsonelser.com |
| 6 | |
| | Christopher H. Bayley |
| 7 | James G. Florentine |
| | Molly J. Kjartanson |
| 8 | SNELL & WILMER LLP |
| | One Arizona Center |
| 9 | 400 E. Van Buren St., Ste. 1900 |
| | Phoenix, AZ 85004-2202 |
| 10 | cbayley@swlaw.com |
| | jflorentine@swlaw.com |
| 11 | mkjartanson@swlaw.com |
| 12 | John L. Condrey |
| | Kira N. Barrett |
| 13 | GORDON REES SCULLY MANSUKHANI, LLP |
| | Two N. Central Avenue Suite 2200 |
| 14 | Phoenix, AZ 85004 |
| | jcondrey@grsm.com |
| 15 | knbarrett@grsm.com |
| 16 | Philip G. Mitchell |
| | Gammage & Burnham PLC |
| 17 | 40 North Central Avenue, 20th Floor |
| | Phoenix, AZ 85004 |
| 18 | pmitchell@gblaw.com |
| 19 | Daniel G. Dowd |
| | J. Neil Stuart |
| 20 | Kaysey L. Fung |
| | COHEN DOWD QUIGLEY |
| 21 | The Camelback Esplanade One |
| | 2425 East Camelback Road, Suite 1100 |
| 22 | Phoenix, Arizona 85016 |
| | ddowd@CDQLaw.com |
| 23 | nstuart@CDQLaw.com |
| | kfung@CDQLaw.com |
| 24 | |
| | Richard J. Reynolds |
| 25 | Joseph P. Buchman |
| | BURKE, WILLIAMS & SORENSEN, LLP |
| 26 | 444 S. Flower Street, Suite 2400 |
| | Los Angeles CA 90071 |
| 27 | rreynolds@bwslaw.com |
| | jbuchman@bwslaw.com |
| 28 | |

| | |
|---|---|
| 1 | Susan M. Freeman<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 2 | 201 E. Washington Street, Suite 1200<br>Phoenix, AZ 85004 |
| 3 | SFreeman@LRRC.com<br>*Attorneys for Foley, Bezek, Behle & Curtis, LLP* |
| 4 | |
| 5 | Sacks, Ricketts & Case LLP<br>2800 N. Central Ave., Suite 1910<br>Phoenix, AZ 85004 |
| 6 | ssacks@srclaw.com |
| 7 | Los Angeles County Treasurer and Tax Collector<br>Bankruptcy Unit |
| 8 | PO Box 54110<br>Los Angeles, CA 90054-0110 |
| 9 | bankruptcy@ttc.lacounty.gov |
| 10 | Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150 |
| 11 | Phoenix, AZ 85004<br>tallen@allenbarneslaw.com |
| 12 | |
| 13 | Steven P. McDonald<br>The McDonald Law Firm<br>1609 Soledad Ave. |
| 14 | La Jolla, CA 92037<br>smcdonald@themcdonaldlawfirm.com |
| 15 | *Attorney for Hargis + Associates, Inc.* |
| 16 | California Department of Toxic Substance Control<br>PO Box 806 |
| 17 | Sacramento, CA 95812-0806<br>Jose.Diaz@dtsc.ca.gov |
| 18 | **VIA FIRST CLASS MAIL TO:** |
| 19 | |

| | |
|---|---|
| AZ Department of Revenue<br>Bankruptcy Litigation<br>1600 W. Monroe, 7th Fl.<br>Phoenix, AZ 85007-2650 | Courson Company<br>2882 Sand Hill Road #117<br>Menlo Park, CA 94025 |
| GES Holdings, LLC<br>6040 E. Thomas Road<br>Scottsdale, AZ 85251-7508 | California Department of Toxic Substance Control<br>1001 I Street<br>Sacramento, CA 95815 |
| Office of the Assessor<br>Kenneth Hahn Hall of Administration<br>500 W. Temple St., Rm. 225<br>Los Angeles, CA 90012-2752 | Los Angeles County<br>225 North Hill Street<br>Los Angeles, CA 90012 |
| Steadfast Insurance Company<br>1299 Zurich Way, 5th Fl.<br>Schaumburg, IL 60196-5870 | Los Angeles County Treasurer and Tax Collector<br>Bankruptcy Unit<br>PO Box 54110 |

| | |
|---|---|
| Stonehill Capital Management LLC<br>320 Park Ave., 26th Fl.<br>New York, NY 10022-6893<br><br>Stonehill Master Fund Ltd.<br>885 Third Ave., 30th Fl.<br>New York, NY 10022-4834<br><br>Engineering/Remediation Group<br>4585 Pacheco Blvd., Suite 200<br>Martinez, CA 94553<br><br>Foley Bezek Behle Curtis LLP<br>15 W. Carrillo St.<br>Camarillo, CA 93010<br><br>Kimley Horn<br>7740 N. 16th Street, #300<br>Phoenix, AZ 85020<br><br>Loeb & Loeb<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067<br><br>Steve Miers<br>6000 South 56th Street<br>Lincoln, NE 68516 | Los Angeles, CA 90054-0110<br><br>Hargis & Associates<br>9171 Towne Center Drive<br>San Diego, CA 92122<br><br>Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196-0001<br><br>Zurich American Insurance Company<br>1299 Zurich Way, 5th Fl.<br>Schaumburg, IL 60196-1091<br><br>KB-2011, LLLP<br>Attn: Ken Bobrow and Lisa Berges<br>PO Box 12367<br>Scottsdale, AZ 85267<br><br>Engineering/Remediation Group<br>4585 Pacheco Blvd., Suite 200<br>Martinez, CA 94553<br><br>A.E. Schmidt Environmental<br>8100 Balboa Place<br>Van Nuys, CA 91406<br><br>Santa Clarita, LLC<br>c/o David Lunn<br>2055 South Cottonwood Drive<br>Tempe, AZ 85282 |

/s/ Lindsay Petrowski

CORE/3516877.0003/172580290.1