GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
NV State Bar No. 6654 (Admitted *Pro Hac Vice*)
E-mail: ggarman@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone (725) 777-3000

GARMAN TURNER GORDON LLP
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No. 024447
E-mail: tpilatowicz@gtg.legal
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Telephone (725) 777-3000

*Attorneys for Creditor Blue Ox Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>SANTA CLARITA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 2:20-bk-12402-MCW<br><br>Date: February 15, 2022<br>Time: 9:00 a.m. |

**CROSS-NOTICE OF DEPOSITION OF NEIL ELSEY**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Blue Ox Holdings, LLC ("Blue Ox") will take the deposition of Neil Elsey (the "Deponent") on February 15, 2022, at 9:00 a.m. in connection with the *Trustee's Motion to Approve Settlement Agreement Regarding Claims of Blue Ox Holdings, LLC* pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to the above-captioned case pursuant to Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, before a Notary Public, or before some other officer authorized by the law to administer oaths.

GARMAN TURNER GORDON
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
725-777-3000

1

Case 2:20-bk-12402-MCW   Doc 464   Filed 02/10/22   Entered 02/10/22 12:50:22   Desc
Main Document   Page 1 of 7

1  Blue Ox will conduct this deposition utilizing the secure web-based deposition option afforded by Zoom or another platform hosted by the court reporting company, and will provide remote access to those parties wishing to participate in the deposition *via* the internet and/or telephone. The court reporter will also be remote for the purposes of reporting the deposition.

Please contact the noticing attorney at least three (3) calendar days prior to the deposition so that the necessary credential, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceedings.

Oral examination, if not completed on the specified date, will continue from day to day, excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded *via* stenographic means and may be recorded by video.

DATED this the 10th day of February, 2022.

GARMAN TURNER GORDON LLP

By: */s/ Teresa N. Pilatowicz*
TERESA M. PILATOWICZ, ESQ.
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016

GREGORY E. GARMAN (admitted *pro hac vice*)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Creditor Blue Ox Holdings, LLC*

GARMAN TURNER GORDON
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
725-777-3000

2

Case 2:20-bk-12402-MCW    Doc 464    Filed 02/10/22    Entered 02/10/22 12:50:22    Desc
Main Document    Page 2 of 7

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2022, a copy of the:

**CROSS-NOTICE OF DEPOSITION OF NEIL ELSEY**

was served by electronic notice sent to the e-mail address listed or by depositing a copy of the same in the U.S. mail, in a postage prepaid envelope, addressed to:

**VIA ELECTRONIC NOTIFICATION TO:**

Edward K. Bernatavicius
Office of the U.S. Trustee
230 North First Avenue, Se. 204
Phoenix, AZ 85003-1706
Edward.K.Bernatavicius@usdoj.gov
*On behalf of U.S. Trustee*

Mark G. Ledwin
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, New York 10604
Mark.ledwin@wilsonelser.com
*On behalf of Steadfast Santa Clarita Holdings LLC*

Thomas P. Salerno
Stinson LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004
thomas.salerno@stinson.com
lindsay.petrowski@stinson.com
karen.graves@stinson.com
*On behalf of Whittaker Corporation*

Christopher H. Bayley
James G. Florentine
Molly J. Kjartanson
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
cbayley@swlaw.com
jflorentine@swlaw.com
mkjartanson@swlaw.com

| | |
|---|---|
| 1 | docket@swlaw.com |
| 2 | pshanahan@swlaw.com |
|   | jthomes@swlaw.com,docket@swlaw.com |
| 3 | *On behalf of Debtor* |
| 4 | Daniel Garfield Dowd |
| 5 | Cohen Dowd Quigley PC |
|   | 2425 E Camelback Rd #1100 |
| 6 | Phoenix, AZ 85016 |
|   | ddowd@cdqlaw.com |
| 7 | nstuart@cdqlaw.com |
|   | tzekoff@cdqlaw.com |
| 8 | *on behalf of Porta Bella Lender L.L.C.* |
| 9 | |
|   | John L. Condrey |
| 10 | Kira N. Barrett |
|   | Gordon Rees Scully Mansukhani, LLP |
| 11 | Two N. Central Avenue Suite 2200 |
| 12 | Phoenix, AZ 85004 |
|   | knbarrett@grsm.com |
| 13 | kdavison@gordonrees.com |
|   | jcondrey@gordonrees.com |
| 14 | *On behalf of Mech Clark Rothchild P.C., Porta Bella Lender L.L.C., Debtor, and* |
| 15 | *Frederick J. Petersen* |
| 16 | Philip G. Mitchell |
| 17 | Gammage & Burnham PLC |
|   | 40 North Central Avenue, 20th Floor |
| 18 | Phoenix, AZ 85004 |
|   | pmitchell@gblaw.com |
| 19 | mtyree@gblaw.com |
| 20 | *On behalf of KB-2011 LLLP* |
| 21 | Tamalyn E. Lewis |
| 22 | Engelman Berger P.C. |
|   | 2800 North Central Avenue |
| 23 | Suite 1200 |
|   | Phoenix, AZ 85004 |
| 24 | tel@eblawyers.com |
|   | cdn@eblawyers.com |
| 25 | *on behalf of KB-2011 LLLP* |
| 26 | |
|   | Todd A. Burgess |
| 27 | Lindsi M. Weber |
|   | The Burgess Law Group |
| 28 | 3131 E. Camelback Rd. |

Suite 224
Paradise Valley
Phoenix, AZ 85016
lindsi@theburgesslawgroup.com
dana@theburgesslawgroup.com
angie@theburgesslawgroup.com
todd@theburgesslawgroup.com
*On behalf of Remediation Financial Inc*

Michael W. Carmel
Michael W. Carmel, Ltd.
80 E. Columbus Ave
Phoenix, AZ 85012-4965
michael@mcarmellaw.com
*On behalf of Chapter 11 Trustee*

Richard J. Reynolds
Burke, Williams & Sorensen LLP
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
rreynolds@bwslaw.com
DWetters@bwslaw.com
jbuchman@bwslaw.com
svasquez@bwslaw.com
*On behalf of City of Santa Clarita*

Robert M. Charles, Jr.
Susan M. Freeman
Lewis Roca Rothgerber Christie LLP
1 South Church Ave Ste 2000
Tucson, AZ 85701-1611
rcharles@lewisroca.com
bankruptcynotices@lewisroca.com
robert-charles-1072@ecf.pacerpro.com
SFreeman@lrrc.com
MMancino@lrrc.com,
susan-freeman-9029@ecf.pacerpro.com
*On behalf of Foley Bezek, Behle & Curtis, LLP*

Steven Paul McDonald
The Mcdonald Law Firm, LC
1609 Soledad Ave
La Jolla, CA 92037
smcdonald@themcdonaldlawfirm.com
*On behalf of Hargis + Associates, Inc.*

Thomas H. Allen
Allen Barnes & Jones, PLC
1850 N. Central Ave., #1150
Phoenix, AZ 85004
tallen@allenbarneslaw.com,
mmorgan@allenbarneslaw.com
ageiler@allenbarneslaw.com
mvasquez@allenbarneslaw.com
ssheffield@allenbarneslaw.com
sgomez@allenbarneslaw.com
dgrajales@allenbarneslaw.com
allentr81289@notify.bestcase.com
ltrujillo@allenbarneslaw.com
*On behalf of Debtor*

Warren J. Stapleton
Osborn Maledon
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012
wstapleton@omlaw.com
pnieto@omlaw.com
*on behalf of Prologis L.P.*

**VIA FIRST CLASS MAIL TO:**

Loeb & Loeb
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067

Steve Miers
6000 South 56th Street
Lincoln, NE 68516

Courson Company
2882 Sand Hill Road #117
Menlo Park, CA 94025

California Department of Toxic
Substance Control
1001 I Street
Sacramento, CA 95815

Los Angeles County
225 North Hill Street
Los Angeles, CA 90012

| | |
|---|---|
| 1 | Los Angeles County Treasurer and Tax Collector |
| 2 | Bankruptcy Unit<br>PO Box 54110 |
| 3 | Los Angeles, CA 90054-0110 |
| 4 | |
| 5 |     I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. |

                                                                          */s/ Caitlin Halm*
                                                                          Caitlin Halm