GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
NV State Bar No. 6654 (*Pro Hac Vice*)
E-mail: ggarman@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone (725) 777-3000

GARMAN TURNER GORDON LLP
TERESA M. PILATOWICZ, ESQ.
Arizona Bar No. 024447
E-mail: tpilatowicz@gtg.legal
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Telephone (725) 777-3000

*Attorneys for Creditor Blue Ox Holdings, LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SANTA CLARITA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 2:20-bk-12402-MCW<br><br>Hearing Date: February 11, 2022<br>Hearing Time: 2:00 p.m. |

## DECLARATION OF TERESA PILATOWICZ, ESQ. REGARDING DISCOVERY DISPUTES TO ADDRESS AT PRE-TRIAL CONFERENCE

I, Teresa M. Pilatowicz, hereby declare under penalty of perjury under the laws of the United States of America, as follows:

1. I am over the age of 18 and mentally competent. I am an attorney with Garman Turner Gordan LLP ("GTG"), counsel for Creditor Blue Ox Holdings, LLC ("Blue Ox"). As such, I have personal knowledge of the facts stated herein.

2. I submit this declaration pursuant to Section 10 of the procedures regarding discovery disputes and the scheduling order [ECF No. 435] (the "Scheduling Order").

**A.     The Pending Motion.**

3. On January 14, 2022, Michael Carmel ("Trustee") filed his Motion with respect to a settlement with Blue Ox (the "9019 Motion")

4. The Court scheduled an evidentiary hearing for February 24 and 25, 2022 (the "Hearing") and entered the Scheduling Order with respect to the 9019 Motion.

5. On January 24, 2022, pursuant to the Scheduling Order, Blue Ox served

GARMAN TURNER GORDON
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
725-777-3000

written discovery on Remediation Financial, Inc. ("RFI") and third party subpoenas (the "Shea/Lunn Subpoenas") to various parties including Bart Shea, David Lunn, Shea-Connelly Development, LLC and SCD Construction, LLC (the "Shea/Lunn Parties") for which responses were due on February 8, 2022.

**B. RFI Responses**

6. On the due date for responses, RFI requested an extension of the deadline to provide its responses, which Blue Ox granted.

7. On February 9, 2022, RFI provided written responses and limited documents. However, for each document request and certain interrogatories, the responses indicated that:

> Additionally, RFI has made requests on its principals for documents in their possession, custody and control that are responsive to this Request. The principals of RFI and certain affiliates have also been served with subpoenas in connection with the 2/24 Hearing. The principals and affiliated entities have retained separate counsel to handle responses to requests for production of documents and communications in this Bankruptcy Case. RFI will supplement this Response as and when responsive documents or communications are received from its principals.

8. Blue Ox and RFI held a meet and confer on February 10, 2022, at which time RFI's counsel indicated that for certain requests, it had made requests on RFI but did not receive a response.

9. It is understood by Blue Ox that responsive documents may have been provided to personal counsel for the Shea/Lunn Parties. However, the documents of RFI are not the personal documents of the Shea/Lunn Parties and cannot be withheld from RFI's counsel or discovery responses.

**C. The Shea/Lunn Parties Responses.**

10. On February 8, 2022, in response to the Shea/Lunn Subpoenas, counsel for Shea/Lunn Parties ("S/L Counsel") delivered twelve pages of objections (the "Objections") for each subpoena and did not produce any documents. On February 10, 2022, Blue Ox and S/L Counsel, along with RFI's counsel, participated in a meet and

GARMAN TURNER GORDON
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
725-777-3090

Case 2:20-bk-12402-MCW    Doc 465    Filed 02/11/22    Entered 02/11/22 11:00:12    Desc
Main Document    Page 2 of 4

confer regarding the Objections (the "Second Meet and Confer").

11. S/L Counsel advised that, based on a disputed witness fee and language that was referenced as FRCP 45(c) and (d)(instead of substantially similar language of 45(d) and (e)), Mr. Shea and Mr. Lunn would not be produced pursuant to the Shea/Lunn Subpoenas.

12. S/L Counsel additionally objected to a majority of the requests based on largely scope and proportionality as they requested documents related to the "Property, PBL Loan, and KFI Loan" without a time limitation.

13. Undersigned counsel clarified these requests are narrowly tailored as the involvement of the Shea/Lunn Parties with the Property had been disclosed as being fairly recent (RFI having acquired its interest in 2019) so the scope was appropriate but, nonetheless, agreed to a time frame starting January 1, 2017 to the present.

14. S/L Counsel stated that the costs to respond would exceed $20,000 in third party vendor and attorney's fees and inquired whether Blue Ox would pay the fees.

15. Blue Ox indicated it would not as many of the documents requested should be (but have not been) provided by RFI, but instead appear to have been provided to S/L Counsel.

16. On the Second Meet and Confer, undersigned counsel was advised for the first time that RFI's principals have, or will be, providing responsive documents to RFI's counsel from RFI e-mail addresses (the "RFI Email Documents"), which would be processed and reviewed over the weekend and produced.

17. It remains unclear to undersigned counsel if the RFI Email Documents include all documents responsive to the RFI Requests, though it does not appear likely.

**D. The Remaining Disputes and Requests.**

18. In large part, responsive documents have not been produced. This appears to be because RFI's principals have unilaterally determined that the information is not relevant or they simply do not want to produce it and have retained separate counsel.

19. However, the requested documents relate to determining the amount of the

GARMAN TURNER GORDON
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
725-777-3000

Case 2:20-bk-12402-MCW    Doc 465    Filed 02/11/22    Entered 02/11/22 11:00:12    Desc
Main Document    Page 3 of 4

Blue Ox claims, true ownership and status of the Property, and the true basis for RFI's objections, which appear to be for the benefit of undisclosed parties and undisclosed side deals, not the paramount interest of creditors.

20. RFI's principals have a history of a lack of disclosure. For example, Blue Ox understands from the pending motion *in limine* [ECF No. 431] that RFI's principals have been in possession of documents directly related to the PBL Loan claim amount for years that were never produced in litigation and have never appeared on a privilege log. Blue Ox remains concerned that RFI is not producing responsive documents in the possession of RFI's principals, *i.e.*, the parties in charge of RFI, who continue to withhold documents related to objections they wish to pursue.

21. Blue Ox requests that this Court order RFI and its principals to immediately produce responsive documents.

22. Furthermore, per the Scheduling Order, the Trustee, RFI, and Blue Ox agreed that various parties would appear for deposition without a subpoena. These included Mr. Shea and Mr. Lunn.

23. Based on statements made by S/L Counsel that Mr. Shea and Mr. Lunn would not be produced pursuant to subpoena, it remains somewhat uncertain whether Mr. Shea and Mr. Lunn will appear, though S/L Counsel did indicate an intent to "honor the agreement" (which is actually this Court's Scheduling Order).

24. Blue Ox requests that this Court make absolutely clear that it intends the parties to comply with the Scheduling Order, with RFI producing the requested documents no later than noon on February 14, 2022 and Mr. Shea and Mr. Lunn appearing for depositions as noticed.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED February 11, 2022.

By: */s/ Teresa Pilatowicz*
Teresa Pilatowicz

GARMAN TURNER GORDON
2415 E. Camelback Road
Suite 700
Phoenix, AZ 85016
725-777-3000

Case 2:20-bk-12402-MCW    Doc 465    Filed 02/11/22    Entered 02/11/22 11:00:12    Desc
Main Document    Page 4 of 4