Todd A. Burgess (AZ 019013)
Lindsi M. Weber (AZ 025820)
THE BURGESS LAW GROUP
3131 E. Camelback Rd., Suite 224
Phoenix, AZ 85016
Tel. (602) 806-2100
Email: Todd@theburgesslawgroup.com
       Lindsi@theburgesslawgroup.com
*Attorneys for Remediation Financial, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| SANTA CLARITA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:20-bk-12402-MCW<br><br>**DECLARATION OF TODD BURGESS, ESQ. REGARDING DISCOVERY DISPUTES TO ADDRESS AT PRE-TRIAL CONFERENCE**<br><br>Hearing Date: February 11, 2022<br>Hearing Time: 1:30 p.m. |
|---|---|

I, Todd A. Burgess, declare as follows under penalty of perjury under the laws of the United States of America:

1. I am over the age of 18 and mentally competent. I am an attorney with The Burgess Law Group, counsel for Remediation Financial, Inc. ("RFI") in this matter. I have personal knowledge of the facts stated herein.

2. On February 9, 2022, as agreed to by counsel for Blue Ox Holdings, LLC ("Blue Ox"), RFI provided its objections and responses to the requests for production of documents and interrogatories that Blue Ox served on RFI.

3. In addition to its responses and objections, and without waiving its objections, RFI produced, either through reference to previously produced documents or electronic delivery, the following documents in response to the Blue Ox requests for production: *Expert Report of MCA Financial Group, Ltd.* dated January 24, 2022; *Report of Steven D. Lindsey* dated January 23, 2022; documents bates

labeled MCA0000001-00062336, which documents included all of the documents RFI provided to MCA Financial Group, Ltd. with respect to its analysis of the Porta Bella, LLC loan; *Santa Clarita, LLC's Response And Objections To Blue Ox Holdings, LLC's First Set Of Request For Production To Plaintiff Santa Clarita LLC* dated December 17, 2021 and all documents referenced therein; documents bates labeled SCLLC021201-21297; a document production by Joe Morton dated February 7, 2022 to the Trustee; RFI000015 - RFI000710; and RFI000728 - RFI000778.

4. In addition to the produced documents, RFI's response to the Blue Ox requests stated:

> RFI has made requests on its principals for documents in their possession, custody and control that are responsive to this Request. The principals of RFI and certain affiliates have also been served with subpoenas in connection with the 2/24 Hearing. The principals and affiliated entities have retained separate counsel to handle responses to requests for production of documents and communications in this Bankruptcy Case. RFI will supplement this Response as and when responsive documents or communications are received from its principals.

5. During the first meet and confer with Blue Ox counsel on the morning of February 10, 2022, I informed counsel for Blue Ox that counsel had not yet received a response from RFI's principals with respect to certain requests, but that the production would be supplemented as and when additional documents responsive to the Blue Ox requests were provided to counsel.

6. During a second meet and confer with counsel for Blue Ox in the late afternoon on February 10, 2022, I informed counsel for Blue Ox that RFI was in the process of providing additional potentially responsive documents from an RFI email account/server to TERIS, the third-party document management company assisting RFI with document management for this matter, and that any responsive documents would be produced as soon as the documents had been processed by TERIS and reviewed by counsel for privilege and responsiveness.

7. As of this morning, TERIS reported that the additional documents had been received by RFI and were being processed.

8. The second meet and confer with counsel for Blue Ox included attorneys Ivan Matthew and Pat Gitre, counsel for non-parties Bart Shea, David Lunn, Shea-Connelly Development, LLC, and SCD Construction, LLC (the "<u>Non-Parties</u>"). In the declaration filed by Blue Ox at docket 465, counsel for Blue Ox purported to describe the meet and confer. Respectfully, counsel's description is one-sided and does not fairly describe everything that was discussed during the nearly hour-long telephone conference.

9. Counsel for the Non-Parties raised a number of substantive objections and concerns with the Blue Ox third-party subpoenas, including the lack of compliance with Rule 45, the compressed time frame in which responses were being required, relevance, proportionality, the over burdensome time and expense of attempting to comply with the subpoenas on an expedited basis, the data size of the pool of potential responsive documents (over 9 GB), and the need for counsel to review all documents for responsiveness and privilege.

10. Counsel for the Non-Parties requested that Blue Ox narrow the scope of certain requests, and also that Blue Ox agree to certain reasonable scope and temporal limitations.

11. Counsel had a productive discussion, and at the conclusion of the second meet and confer, all counsel agreed that RFI would supplement its initial production as soon as possible, and after that production was complete, Blue Ox and the Non-Parties would revisit the need for any production of documents by the Non-Parties.

12. Counsel for the Non-Parties also confirmed that Mr. Shea and Mr. Lunn would appear for their respective depositions on 2/16/2022 and 2/17/2022 without the need for a subpoena, and previously agreed. However, counsel for the Non-Parties confirmed that they would require subpoenas for trial.

13. In the declaration filed at docket 465, counsel for Blue Ox makes a number of unnecessary and unproductive pejorative statements regarding RFI and its principals.

14. As the Court is aware, there is a dispute between the Trustee and RFI regarding documents that the Trustee received from the Foley Bezek firm that are subject to a joint privilege. That dispute has already been submitted to the Court and will be decided in due course.

15. Counsel for RFI recently received a document production from Blue Ox in response to response to RFI document production requests. We are in the process of reviewing that production, but based on the limited review accomplished to date, it appears that Blue Ox has not produced all of its documents and communications exchanged with the City of Santa Clarita related to the property and its efforts to acquire and develop the property. The issue was raised with counsel for Blue Ox during the second meet and confer.

16. After counsel for RFI has had an opportunity to review the entire Blue Ox production, RFI reserves the right to raise any additional discovery related issues as and when appropriate.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 11th day of February, 2022.

**THE BURGESS LAW GROUP**

By: */s/ Todd A. Burgess*
    Todd A. Burgess (AZ 019013)

3131 E. Camelback Rd., Suite 224
Phoenix, AZ 85016
Tel. (602) 806-2100
Email: Todd@theburgesslawgroup.com

*Attorneys for Remediation Financial, Inc.*

Original filed and copies of the
foregoing served via the Court's
CM/ECF Notification System this 11th
day of February, 2022.

By: */s/ Todd Burgess*