

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SANTA CLARITA, LLC, | Case No. 2:20-bk-12402-MCW |
| Debtor. | **ORDER GRANTING MOTION TO AUTHORIZE TRUSTEE TO EXECUTE LOCATION RENTAL AGREEMENTS** |

The Court, having reviewed the Trustee's *"Motion to Authorize Trustee to Execute Location Rental Agreements"* **("Motion")** filed on January 26, 2022, having held a hearing on the Motion for February 11, 2022 at 2:00 p.m., no objections to the Motion having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** authorizing the Trustee to execute Location Rental Agreement(s) in advance, as requested in the Motion.

**IT IS FURTHER ORDERED** directing the Trustee to file a notice of the use per studio, along with a copy of the fully executed Location Rental Agreement, as each studio utilizes the premises located at 22116 West Soledad Canyon Road, Santa Clarita, California 91350.

DATED AND SIGNED ABOVE