Christopher H. Bayley (#010764)
Steven D. Jerome (#018420)
James G. Florentine (#034058)
Molly J. Kjartanson (#034063)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: cbayley@swlaw.com
sjerome@swlaw.com
jflorentine@swlaw.com
mkjartanson@swlaw.com
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Proceedings Under Chapter 11 |
| SANTA CLARITA, LLC, | Case No. 2:20-bk-12402-MCW |
| Debtor. | **NINTH SUPPLEMENTAL DECLARATION OF CHRISTOPHER H. BAYLEY PURSUANT TO 11 U.S.C. § 329(A) AND BANKRUPTCY RULE 2016** |

I, Christopher H. Bayley, declare under penalty of perjury:

1. I am an attorney admitted to practice law in the State of Arizona and before the United States District Court for the District of Arizona. I am a partner with the firm of Snell & Wilmer L.L.P. ("S&W"), which maintains its offices in Phoenix and Tucson, Arizona; Salt Lake City, Utah; Denver, Colorado; Boise, Idaho; Costa Mesa, Los Angeles, and San Diego, California; Las Vegas and Reno, Nevada; Albuquerque, New Mexico; Portland, Oregon; Seattle, Washington; Washington, D.C.; and Los Cabos, Mexico. Pursuant to that certain *Order Granting Application to Employ Snell & Wilmer L.L.P. as Debtor's Counsel Nunc Pro Tunc to November 18, 2020* (the "Retention Order"), on November 25, 2020, this Court approved the Debtor Santa Clarita, LLC's (the "Debtor") employment of S&W as its legal counsel in the above-captioned action effective as of November 18, 2020. *See* Dkt. No. 26.

2. I submit this declaration (the "Ninth Supplemental Declaration"), pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016, to supplement that certain *Verified Statement of Christopher H. Bayley Pursuant to Bankruptcy Rules 2014 and 2016 in Support of Application to Employ Snell & Wilmer L.L.P. as Debtor's Counsel Nunc Pro Tunc to November 18, 2020* filed on November 24, 2020 at Dkt. No. 21 (the "Original Declaration"), that certain *Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on January 19, 2021 at Dkt. No. 63 (the "First Supplemental Declaration"), that certain *Second Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on March 3, 2021 at Dkt. No. 102 (the "Second Supplemental Declaration"), that certain *Third Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on April 1, 2021 at Dkt. No. 128 (the "Third Supplemental Declaration"), that certain *Fourth Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on March 26, 2021 at Dkt. No. 161 (the "Fourth Supplemental Declaration"), that certain *Fifth Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on July 21, 2021 at Dkt. No. 195 (the "Fifth Supplemental Declaration"), that certain *Sixth Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on August 25, 2021 at Dkt. No. 254 (the "Sixth Supplemental Declaration"), that certain *Seventh Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on November 9, 2021 at Dkt. No. 340 (the "Seventh Supplemental Declaration"), and that certain *Eighth Supplemental Declaration of Christopher H. Bayley Pursuant to 11 U.S.C. § 329(A) and Bankruptcy Rule 2016* filed on January 26, 2022 at Dkt. No. 434 (the "Eighth Supplemental Declaration")

3. I am familiar with the matters set forth herein. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

4. As set forth in the Original Declaration, on or about November 24, 2020, S&W received a retainer deposit in the amount of $100,000.00 (the "First Retainer Deposit") from Bart Shea—*i.e.*, one of the Debtor's principals. *See* Original Declaration at ¶ 15.

5. As set forth in the First Supplemental Declaration, on January 15, 2021, S&W received an additional $100,000.00 retainer deposit (the "Second Retainer Deposit") from Bart Shea. *See* First Supplemental Declaration at ¶ 5.

6. As set forth in the Second Supplemental Declaration, on March 3, 2021, S&W received an additional retainer deposit in the amount of $100,000.00 (the "Third Retainer Deposit") from Bart Shea. *See* Second Supplemental Declaration at ¶ 6.

7. As set forth in the Fourth Supplemental Declaration, on May 25, 2021, S&W received an additional retainer deposit in the amount of $100,000.00 (the "Fourth Retainer Deposit") from Bart Shea. *See* Fourth Supplemental Declaration at ¶ 7.

8. As set forth in the Fifth Supplemental Declaration, on or about July 6, 2021, S&W received an additional retainer deposit in the amount of $100,000.00 (the "Fifth Retainer Deposit"). *See* Fifth Supplemental Declaration at ¶ 8.

9. As set forth in the Sixth Supplemental Declaration, on or about August 24, 2021, S&W received an additional retainer deposit in the amount of $100,000.00 (the "Sixth Retainer Deposit") from Bart Shea. *See* Sixth Supplemental Declaration at ¶ 9.

10. As set forth in the Seventh Supplemental Declaration, on or about October 19, 2021, S&W received an additional retainer deposit in the amount of $100,00.00 (the "Seventh Retainer Deposit") from Bart Shea. *See* Seventh Supplemental Declaration at ¶ 10.

11. As set forth in the Eighth Supplemental Declaration, on or about December 20, 2021, S&W received an additional retainer deposit in the amount of $100,000.00 (the "Eighth Retainer Deposit") from Bart Shea. *See* Eighth Supplemental Declaration at ¶ 11.

12. On or about January 31, 2022, S&W received an additional deposit in the amount of $100,000.00 (the "Ninth Retainer Deposit", and collectively with the First

Retainer Deposit, Second Retainer Deposit, Third Retainer Deposit, Fourth Retainer Deposit, the Fifth Retainer Deposit, the Sixth Retainer Deposit, the Seventh Retainer Deposit, and the Eighth Retainer Deposit, the "Retainer") from Bart Shea.

13. On March 3, 2021, this Court entered its *Order Granting First Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer, L.L.P. as Counsel for Debtor Santa Clarita, LLC* entered on March 3, 2021 at Dkt. No. 101 ("First Interim Compensation Order"). Pursuant to the First Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $116,064.00 and (ii) costs in the amount of $1,563.40 on an interim basis.

14. On March 22, 2021, this Court entered its *Order Granting Second Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer, L.L.P. as Counsel for Debtor Santa Clarita, LLC* at Dkt. No. 124 (the "Second Interim Compensation Order"). Pursuant to the Second Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $44,201.20 and (ii) costs in the amount of $2,051.25 on an interim basis.

15. On April 14, 2021, this Court entered its *Order Granting Third Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer L.L.P. as Counsel for Debtor Santa Clarita, LLC* at Dkt. No. 138 (the "Third Interim Compensation Order"). Pursuant to the Third Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $111,899.60 and (ii) costs in the amount of $2,159.50 on an interim basis.

16. On May 21, 2021, this Court entered its *Order Granting Fourth Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer L.L.P. as Counsel for Debtor Santa Clarita, LLC* at Dkt. No. 158 (the "Fourth Interim Compensation Order"). Pursuant to the Fourth Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $80,018.80 and (ii) costs in the amount of $1,043.65 on an interim basis.

17. On June 23, 2021, this Court entered its *Order Granting Fifth Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer L.L.P. as Counsel for Debtor Santa Clarita, LLC* at Dkt. No. 181 (the "<u>Fifth Interim Compensation Order</u>"). Pursuant to the Fifth Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $76,991.60 and (ii) costs in the amount of $27.20 on an interim basis.

18. On July 22, 2021, this Court entered its *Order Granting Sixth Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer L.L.P. as Counsel for Debtor Santa Clarita, LLC* at Dkt. No. 198 (the "<u>Sixth Interim Compensation Order</u>"). Pursuant to the Sixth Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $91,035.60 and (ii) costs in the amount of $1,548.40 on an interim basis.

19. On August 26, 2021, this Court entered its *Order Granting Seventh Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer L.L.P. as Counsel for Debtor Santa Clarita, LLC* at Dkt. No. 256 (the "<u>Seventh Interim Compensation Order</u>"). Pursuant to the Seventh Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $66,077.20 and (ii) costs in the amount of $2,222.99 on an interim basis.

20. On October 20, 2021, this Court entered its *Order Granting Eighth Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer L.L.P. as Counsel for Debtor Santa Clarita, LLC (July 1, 2021 – July 31, 2021)* at Dkt. No. 313 (the "<u>Eighth Interim Compensation Order</u>"). Pursuant to the Eighth Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $96,389.60 and (ii) costs in the amount of $875.80 on an interim basis.

21. On December 30, 2021, this Court entered its *Order Granting Ninth Interim Application for Compensation and Reimbursement of Expenses Incurred by Snell & Wilmer L.L.P. as Counsel for Debtor Santa Clarita, LLC (August 1, 2021 – September 21, 2021)* at Dkt. No. 392 (the "<u>Ninth Interim Compensation Order</u>" and together with the

5

Case 2:20-bk-12402-MCW    Doc 469    Filed 02/14/22    Entered 02/14/22 17:29:28    Desc
Main Document    Page 5 of 9

First Interim Compensation Order, the Second Interim Compensation Order, the Third Interim Compensation Order, the Fourth Interim Compensation Order, the Fifth Interim Compensation Order, Sixth Interim Compensation Order, Seventh Interim Compensation Order, and Eighth Interim Compensation Order, the "Compensation Orders"). Pursuant to the Ninth Interim Compensation Order, this Court approved and allowed S&W's (i) fees in the amount of $161,398.40 and (ii) costs in the amount of $1,866.33 on an interim basis.

22. In total, pursuant to this Court's Compensation Orders, S&W has applied the funds on deposit in the Retainer to pay its fees and costs approved and allowed on an interim basis to date in the amount of $857,434.52. After applying such fees and costs against the amounts held in the Retainer, $42,565.48 remains in the Retainer.

23. The aforementioned fees and costs do not include the 20% of S&W's fees (the "Holdback Fees") that S&W did not seek interim approval of in either its first, second, third, fourth, fifth, sixth, seventh, eighth, or ninth interim compensation applications pursuant to this Court's *Order Granting Motion for Order Establishing Procedures for Compensation and Reimbursement of Professionals* entered on January 21, 2021 at Dkt. No. 66 (the "Interim Compensation Procedures Order"). The Holdback Fees total $211,019.00 through September 21, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: February 14, 2022.

*s/ Christopher H. Bayley*
Christopher H. Bayley

COPY of the foregoing served via U.S. Mail or electronic notification this 14th day of February, 2022, to:

| | |
|---|---|
| Edward K. Bernatavicius<br>United States Trustee<br>230 N 1st Ave, Suite 204<br>Phoenix, AZ 85003<br>Email: edward.k.bernatavicius@usdoj.gov | Mark G. Ledwin, Esq.<br>1133 Westchester Avenue<br>White Plains, New York 10604<br>Email: mark.ledwin@wilsonelser.com<br><br>Taylor H. Allin<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>2720 East Camelback Road, Suite 210<br>Phoenix, Arizona 85016<br>Email: taylor.allin@wilsonelser.com<br><br>*Attorneys for Steadfast Santa Clarita, LLC* |
| Teresa M. Pilatowicz, Esq.<br>Garman Turner Gordon LLP<br>2415 E. Camelback Rd., Suite 700<br>Phoenix, AZ 85016<br>Email: tpilatowicz@gtg.legal;<br>bknotices@gtg.legal<br><br>Gregory E. Garman, Esq.<br>Garman Turner Gordon LLP<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Email: ggarman@gtg.legal;<br>bknotices@gtg.legal<br><br>*Attorneys for Creditor Blue Ox Holdings, LLC* | Thomas J. Salerno<br>Anthony P. Cali<br>STINSON LLP<br>1850 N. Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>thomas.salerno@stinson.com<br>anthony.cali@stinson.com<br><br>*Attorneys for Interested Party and Creditor Whittaker Corporation* |
| Zurich Insurance Company<br>1400 American Lane<br>Schaumburg, IL 60196-0001 | Kimley Horn<br>7740 N. 16th Street, #300<br>Phoenix, AZ 85020 |
| Loeb & Loeb<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067 | Steve Miers<br>6000 South 56th Street<br>Lincoln, NE 68516 |
| John L. Condrey<br>Kira N. Barrett<br>GORDON REES SCULLY MANSUKHANI, LLP<br>Two N. Central Avenue Suite 2200<br>Phoenix, AZ 85004<br>jcondrey@grsm.com<br>knbarrett@grsm.com<br>*Attorneys for Parties in Interest Frederick J. Petersen & Mesch Clark Rothschild, P.C* | Tamalyn E. Lewis<br>Patrick A. Clisham<br>Engelman Berger, P.C.<br>2800 North Central Ave., Suite 1200<br>Phoenix, AZ 85012<br>tel@eblawyers.com<br>pac@eblawyers.com<br>*Attorneys for KB-2011, LLLP* |
| Richard J. Reynolds<br>Joseph P. Buchman | Daniel G. Dowd<br>J. Neil Stuart |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

| | | |
|---|---|---|
| 1 | BURKE, WILLIAMS, & SORENSEN, LLP | Kaysey L. Fung<br>COHEN DOWD QUIGLEY P.C. |
| 2 | 444 S. Flower Street, Suite 2400<br>Los Angeles, CA 90071 | 2425 East Camelback Road, Suite 1100<br>Phoenix, Arizona 85016 |
| 3 | rreynolds@bwslaw.com<br>jbuchman@bwswlaw.com | *Attorneys for Porta Bella Lender, L.L.C.* |
| 4 | *Attorneys for the City of Santa Clarita* | |
| 5 | Susan M. Freeman<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP | Sacks, Ricketts & Case LLP<br>2800 N. Central Ave., Suite 1910<br>Phoenix, AZ 85004 |
| 6 | 201 E. Washington Street, Suite 1200<br>Phoenix, AZ 85004 | ssacks@srclaw.com |
| 7 | SFreeman@LRRC.com | |
| 8 | *Attorneys for Foley, Bezek, Behle & Curtis, LLP* | |
| 9 | Los Angeles County Treasurer and Tax Collector<br>Bankruptcy Unit | Steven P. McDonald<br>The McDonald Law Firm<br>1609 Soledad Ave. |
| 10 | PO Box 54110<br>Los Angeles, CA 90054-0110 | La Jolla, CA 92037<br>smcdonald@themcdonaldlawfirm.com |
| 11 | bankruptcy@ttc.lacounty.gov | *Attorney for Hargis + Associates, Inc.* |
| 12 | Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150 | AZ Department of Revenue<br>Bankruptcy Litigation |
| 13 | Phoenix, AZ 85004<br>tallen@allenbarneslaw.com | 1600 W. Monroe, 7th Fl.<br>Phoenix, AZ 85007-2650 |
| 14 | | |
| 15 | Allene and Robert Turpin<br>c/o Daniel G. Dowd<br>Cohen Dowd Quigley | GES Holdings, LLC<br>6040 E. Thomas Road<br>Scottsdale, AZ 85251-7508 |
| 16 | 2425 E. Camelback Rd, Suite 1100<br>Phoenix, AZ 85016-9207 | |
| 17 | ddowd@CDQLaw.com | |
| 18 | California Department of Toxic Substance Control<br>PO Box 806 | Courson Company<br>2882 Sand Hill Road, Unit 117<br>Menlo Park, CA 94025-7057 |
| 19 | Sacramento, CA 95812-0806<br>Jose.Diaz@dtsc.ca.gov | |
| 20 | Office of the Assessor<br>Kenneth Hahn Hall of Administration | Steadfast Insurance Company<br>1299 Zurich Way, 5th Fl. |
| 21 | 500 W. Temple St., Rm. 225<br>Los Angeles, CA 90012-2752 | Schaumburg, IL 60196-5870 |
| 22 | Stonehill Capital Management LLC | Stonehill Master Fund Ltd. |
| 23 | 320 Park Ave., 26th Fl.<br>New York, NY 10022-6893 | 885 Third Ave., 30th Fl.<br>New York, NY 10022-4834 |
| 24 | Zurich American Insurance Company<br>1299 Zurich Way, 5th Fl. | Engineering/Remediation Group<br>4585 Pacheco Blvd., Suite 200 |
| 25 | Schaumburg, IL 60196-1091 | Martinez, CA 94553 |
| 26 | A.E. Schmidt Environmental<br>8100 Balboa Place<br>Van Nuys, CA 91406 | Sacks, Ricketts & Case LLP<br>2800 N. Central Ave., Suite 1910<br>Phoenix, AZ 85004 |
| 27 | Santa Clarita, LLC<br>c/o David Lunn | Los Angeles County<br>225 North Hill Street |
| 28 | 8777 E. Via de Ventura, Suite 250 | Los Angeles, CA 90012 |

| | |
|---|---|
| Scottsdale, AZ 85258 | |
| Christopher C. Simpson<br>Warren J. Stapleton<br>Osborn Maledon PA<br>2929 N Central Ave., 21st Floor<br>Phoenix, AZ 85012<br>csimpson@omlaw.com<br>wstapleton@omlaw.com<br>marita.erbeck@faegredrinker.com<br>*Attorneys for Prologis, L.P.* | Michael W. Carmel<br>Michael W. Carmel, Ltd.<br>80 East Columbus Ave.<br>Phoenix, AZ 85012<br>Michael@mcarmellaw.com<br>*Chapter 11 Trustee* |
| Todd Burgess<br>Lindsi Weber<br>The Burgess Law Group<br>3131 E. Camelback Rd., Suite 224<br>Phoenix, AZ 85016<br>Todd@theburgesslawgroup.com<br>Lindsi@theburgesslawgroup.com<br>*Attorneys for Remediation Financial Inc.* | |

*s/ Richard A. Schaan*