**SO ORDERED.**

**Dated: February 21, 2022**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry



*Madeleine C. Wanslee, Bankruptcy Judge*

### Hearing Information:

| | |
|---|---|
| **Debtor:** | SANTA CLARITA, LLC |
| **Case Number:** | 2:20-BK-12402-MCW  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 11, 2022 02:00 PM   VIDEO CONF HRGS |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | TAYLER CARTER |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

### Matters:

1) JOINT PRE-TRIAL CONFERNCE/ INFORMAL DISCUSSION
   R / M #:  400 / 0

2) TRUSTEE'S MOTION TO AUTHORIZE TRUSTEE TO EXECUTE LOCATION RENTAL AGREEMENTS
   R / M #:  424 / 0

### Appearances:

MICHAEL W. CARMEL, TRUSTEE
EDWARD BERNATAVACIUS, ATTORNEY FOR U.S. TRUSTEE
CHRISTOPHER BAYLEY, ATTORNEY FOR SANTA CLARITA, LLC
SUSAN FREEMAN, ATTORNEY FOR FOLEY, BEZEK, BEHLE & CURTIS, LLP
GREGORY GARMAN, ATTORNEY FOR BLUE OX HOLDINGS, LLC
TERESA M. PILATOWICZ, ATTORNEY FOR BLUE OX HOLDINGS, LLC
TODD BURGESS, ATTORNEY FOR REMEDIATION FINANCIAL, INC
LINDSI WEBER, ATTORNEY FOR REMEDIATION FINANCIAL, INC
THOMAS SALERNO, ATTORNEY FOR WHITTAKER CORPORATION
THOMAS FOLEY, ATTORNEY FOR FOLEY, BEZEK, BEHLE & CURTIS, LLP
NEIL STUART, ATTORNEY FOR PORTA BELLA

(continue)... 2:20-BK-12402-MCW    FRIDAY, FEBRUARY 11, 2022 02:00 PM

## *Proceedings:*

### Matter 2:

Mr. Carmel reviews the motion and notes there are no objections filed. Mr. Chierighino will continue to maintain the property. He responds to the Court's questions. The proceeds after the sale will go into the estate. He confirms the studios provide their insurance. He believes Santa Clarita, LLC and Bermite Recovery, LLC are listed as certificate holders.

COURT: IT IS ORDERED GRANTING THE MOTION TO AUTHORIZE TRUSTEE TO EXECUTE LOCATION RENTAL AGREEMENTS.

### Matter 1:

Ms. Weber addresses the Court. She comments there has been no progress regarding the joint privilege issue. She requests any discussion involving the in camera submissions be held informally with the Court.

COURT: THE COURT DISCUSSES MS. BOBROW'S STATEMENTS IN HER DECLARATION THAT SHE HAS NO PERSONAL KNOWLEDGE SURROUNDING THE CREATION OF THE RECONCILIATION OR WHETHER IT WAS A CONFIDENTIAL DOCUMENT SUBJECT TO EITHER TO AN ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE. THE COURT QUESTIONS WHETHER A PRIVLEGE EVER EXISTED OR WAS WAIVED.

Ms. Weber argues that Ms. Bobrow was included in client group one. She hopes to have additional information after the deposition of Mr. Elsey. She explains the document was created at the instruction of counsel. Her office suggests continuing the hearing or resolving the Court's concerns off record.

Mr. Carmel states his deposition is scheduled for Monday, February 14, 2022. He will provide answers that may include documents submitted to the Court for in camera review.

Ms. Weber refers to case law. The issue is if the trustee can waive joint privilege on behalf of the other members. She responds to the Court's questions. The parties have not agreed on a statement of issues.

Mr. Garman argues that the document was never placed on a privilege log.

COURT: THE COURT PLACES ITS FINDINGS AND CONCLUSIONS ON THE RECORD. IT APPEARS TO THE COURT THE MOTION IN LIMINE IS NOT WELL-FOUNDED OR SUPPORTED BY ADMISSIBLE EVIDENCE. REMEDIATION FINANCIAL, INC. FAILED TO ESTABLISH THAT THE INFORMATION IS COVERED BY ATTORNEY-CLIENT PRIVILEGE. AT THIS TIME, IT IS NOT NECESSARY FOR THE COURT TO DETERMINE THAT SUCH AN ATTORNEY-CLIENT PRIVILEGE HAS BEEN EXTENDED TO A JOINT DEFENSE OR COMMON INTEREST PRIVILEGE THAT MAY BE ASSERTED BY ANY OF THE MEMBERS ATTEMPTING TO CLAIM THE COMMON INTEREST. REMEDIATION FINANCIAL, INC. FURTHER FAILED TO ESTABLISH THAT THE QUALIFIED WORK PRODUCT DOCTRINE REGARDING THE PARTICULAR

INFORMATION IS NOT SUBJECT TO WAIVER. THE INVESTMENT RECONCILIATION DOES NOT INCLUDE ANY OPINION WORK PRODUCT AND IT IS AN ORDINARY OR FACTUAL WORK PRODUCT THAT MAY BE SUBJECT TO WAIVER.

IT IS ORDERED DENYING REMEDIATION FINANCIAL, INC.'S MOTION IN LIMINE. THE TRUSTEE MAY PRESENT EVIDENCE CONCERNING THE INVESTMENT RECONCILIATION. IF REMEDIATION FINANCIAL, INC. CONTINUES TO CHALLENGE THAT ABILITY, THE TRUSTEE CAN PRESENT EVIDENCE TO ESTABLISH WHY THE QUALIFIED IMMUNITY UNDER THE WORK PRODUCT DOCTRINE SHOULD BE WAIVED BASED ON NEED AND THE INABILITY TO OBTAIN MATERIALS WITHOUT UNDUE HARDSHIP. FURTHERMORE, REMEDIATION FINANCIAL, INC. WILL NOT BE PERMITTED TO USE THE WORK PRODUCT DOCTRINE AS BOTH A SWORD AND A SHIELD. HOWEVER, REMEDIATION FINANCIAL, INC. CAN OPPOSE THE PROPOSED SETTLEMENT ON ANY OTHER GROUNDS. IT MAY ALSO ALLOW THE DOCUMENT TO BE USED BY THE TRUSTEE.

Ms. Weber questions if the entire litigation file of the Foley Bezek Behle & Curtis LLP law firm can be turned over to Blue Ox Holdings, LLC.

Ms. Freeman states her client disclosed the documents to the parties. She responds to the Court's questions. Mr. Carmel informed her that all of the emails and documents in the Foley Bezek Behle & Curtis LLP file would be turned over except for any communication solely between Ms. Bobrow and the Foley Bezek Behle & Curtis LLP law firm.

COURT: THE COURT AGREES TO INFORMALLY DISCUSS THE IN CAMARA MATTERS WITH COUNSEL FOLLOWING TODAY'S FORMAL HEARING.

Mr. Garman notes there is an outstanding stay relief order.

COURT: THE COURT REVIEWED THE PARTIES' OBJECTIONS AND THE PROPOSED FORM OF ORDER GRANTING STAY RELIEF LODGED BY BLUE OX HOLDINGS, LLC. THE COURT REVIEWED ITS ORDER IN 2:21-ap-00053 AT DOCKET #46. IT IS ORDERED SETTING A HEARING ON REMEDIATION FINANCIAL, INC.'S OBJECTION TO THE PROPOSED FORM OF ORDER LODGED BY BLUE OX HOLDINGS, LLC AND ANY JOINDERS THERETO FOR **TUESDAY, FEBRUARY 22, 2022 AT 1:30 PM**.

ANY PARTY WISHING TO OBTAIN A WRITTEN TRANSCRIPT OF THE HEARING SHOULD CONTACT THE ECR DEPARTMENT AT 602-682-4200. ALTERNATIVELY, YOU MAY LISTEN TO A DIGITAL RECORDING OF THIS COURT PROCEEDING, WHICH IS PROVIDED BY THE COURT AS A CONVENIENCE TO THE PUBLIC. THE MP3 FILE WILL BE EMBEDDED AS AN ATTACHMENT IN A PDF DOCUMENT THAT WILL BE ON THE DOCKET WITHIN A DAY OF THE ENTRY OF THE MINUTE ENTRY. INSTRUCTIONS ON HOW TO LISTEN TO THE FILE WILL BE INCLUDED ON THE PDF.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:20-BK-12402-MCW          FRIDAY, FEBRUARY 11, 2022 02:00 PM

**SUBSEQUENTLY**, AFTER DISCUSSION WITH THE PARTIES, THE COURT SET **MONDAY, FEBRUARY 21, 2022** AS THE DATE CERTAIN FOR THE PARTIES TO FILE THEIR JOINT-PRE-TRIAL STATEMENT.

HONORABLE MADELEINE C. WANSLEE
DATED AND SIGNED ABOVE