Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

*Chapter 11 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| SANTA CLARITA, LLC, | Case No. 2:20-bk-12402-MCW |
| Debtor. | **TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

Michael W. Carmel, the Chapter 11 Trustee in the above matter **("Trustee")** hereby files this Application for Compensation and Reimbursement of Expenses and declares as follows:

1. The Petition commencing this case was filed on November 12, 2020. The undersigned was appointed Chapter 11 Trustee on September 22, 2021.

2. The Trustee has entered into two (2) separate settlements.

3. The first Settlement Agreement was filed with the Court on January 14, 2022 at DE #400 (the **"Blue Ox Settlement"**).

4. The Court signed an Order approving the Blue Ox Settlement on February 25, 2022 at DE #494.

5. On February 22, 2022, Blue Ox Holdings, LLC **("Blue Ox")**, Remediation Financial, Inc. **("RFI")**, and the Trustee announced a settlement in open court (the **"RFI Settlement"**). The terms of the RFI Settlement were stated on the record. A Settlement Agreement is currently being circulated, and will be filed along with a Motion seeking approval pursuant to Rule 9019, Federal Rules of Bankruptcy Procedure.

6. The Blue Ox Settlement provided, *inter alia*, for a payment for administrative expenses in an amount of $1,500,000.00. Those administrative expenses included payment(s) to the United States Trustee's Office for quarterly fees.

7. The Trustee reserves the right to seek additional fees, depending on the results of a court-approved auction.

8. Pursuant to the terms of the RFI Settlement, RFI has agreed to pay Trustee's fees in the amount of $2,000,000.00, less any fees which have already been approved and paid.

9. On October 20, 2021, the Trustee filed his First Interim Fee Application at DE #310, seeking approval of fees in the amount of $98,786.25. The Court entered an Order approving those fees at DE #351.

10. On November 16, 2021, the Trustee filed his Second Interim Fee Application at DE #347, seeking approval of fees in the amount of $55,383.75, and costs in the amount of $20.25. The Court entered an Order approving those fees at DE #374.

11. On December 17, 2021, the Trustee filed his Third Interim Fee Application at DE #376 seeking approval of fees in the amount of $54,641.25. The Court entered an order approving those fees at DE #398.

12. On February 18, 2022, the Trustee filed his Fourth Interim Fee Application seeking approval of fees in the amount of $117,618.75, and costs in the amount of $27.64. The Fourth Interim Fee Application was filed at DE #477, and is pending approval.

13. To date, the Trustee has received the following payments:
* $ 79,029.00
* $ 44,323.20
* $ 26,000.00

**Total: $149,352.20**

14. The total amount of fees approved on an interim basis is $208,811.25, and costs in the amount of $20.25, for a total approved on an interim basis in the amount of

$208,831.50. As noted above, an Application is currently pending in the amount of $117,618.75 in fees, and $27.64 in costs.

15. As further previously noted, the RFI Settlement provides for a "cap" of payments to the Chapter 11 Trustee in the amount of $2,000,000.00. Based on the amounts the Trustee has already received ($149,352.20), and assuming the Court approves the RFI Settlement and this Application, the Trustee is entitled to receive an additional payment in the amount of $1,850,647.80.

16. If (1) the RFI Settlement is approved; (and 2) RFI and/or the Debtor make a payment to Blue Ox in the amount of $225,000,000.00, the maximum amount of compensation allowable pursuant to 11 U.S.C. § 326(a), based on that payment alone, would be $6,773,250.00, calculated as follows:

| | | | |
|---|---|---|---|
| * | 0-$5,000 | 25% | $ 1,250 |
| * | $5,001-$50,000 | 10% | $ 4,500 |
| * | $50,001-$1,000,000 | 5% | $ 47,500 |
| * | $1,000,001-$225,000,000 | 3% | $ 6,720,000 |
| | **Total:** | | **$ 6,773,250** |

17. Assuming RFI and/or the Debtor make the payment to Blue Ox as contemplated in the RFI Settlement, the payment will be made on or before April 12, 2022.

18. Alternatively, if (1) RFI does not make the payment on or before April 12, 2022; and (2) there other parties who will participate in the bidding for a proposed auction, the Trustee reserves the right to seek appropriate compensation pursuant to 11 U.S.C. §326(a).

19. The Trustee's agreement to "cap" his fees at no more than $2,000,000.00 from all sources is a voluntary reduction of seventy-one percent (71%) of fees which would otherwise be allowable pursuant to 11 U.S.C. § 326(a).

20. If RFI and/or the Debtor do not pay Blue Ox $225,000,000.00 on or before April 12, 2022, *and* no party submits a bid within the contemplated deadlines set forth in a pending Bid Procedures Motion, the Blue Ox Settlement provides for a payment of $1,500,000.00 for payment to the Chapter 11 Trustee and the U.S. Trustee's Office for quarterly fees.

21. The RFI Settlement further provides the Trustee will not seek any additional fees for time spent on this case, assuming RFI and/or the Debtor make the contemplated payment to Blue Ox on or before April 12, 2022.

Based on the above, and for all of the foregoing reasons, the Trustee requests the Court grant this Application and approve payment to the Chapter 11 Trustee for the amounts set forth herein.

DATED this 7th day of March, 2022.

MICHAEL W. CARMEL, LTD.

/s/*Carmel, M.W.* (# 007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Chapter 11 Trustee

COPY of the foregoing served
via electronic or U.S. Mail this
7th day of March, 2022 to:

Edward K. Bernatavicius
United States Trustee
230 N 1st Ave, Suite 204
Phoenix, AZ 85003
Email: edwardkbernataviius@usdoj.gov

Thomas J. Salerno, Esq.
Anthony P. Cali, Esq.
STINSON, LLP
1850 N Central Ave., Suite 2100
Phoenix, AZ 85004-4584
Email: Thomas.salerno@stinson.com
Email: Anthony.cali@stinson.com
*Attorneys for Interested Party and Creditor Whittaker Corporation*

Christopher H. Bayley, Esq.
Steven D. Jerome, Esq.
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004
Email: cbayley@swlaw.com
Email: sjerome@swlaw.com
*Attorneys for Debtor*

Mark G. Ledwin, Esq.
1133 Westchester Avenue
White Plains, NY 10604
Email: mark.ledwin@wilsonelser.com

Taylor H. Allin, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
2720 E Camelback Rd., Suite 210

4

| | |
|---|---|
| | Phoenix, AZ  85016<br>Email:  taylor.allin@wilsonelser.com<br><br>*Attorneys for Steadfast Santa Clarita, LLC* |
| Teresa M. Pilatowicz, Esq.<br>Garman Turner Gordon, LLP<br>2415 E Camelback Rd., Suite 700<br>Phoenix, AZ  85016<br>Email:  tpilatowicz@gtg.legal<br>Email:  bknotices@gtg.legal | John L. Condrey, Esq.<br>Kira N. Barrett, Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>Two N Central Ave., Suite 2200<br>Phoenix, Arizona  85004<br>Email:  jcondrey@grsm.com<br>Email:  knbarrett@grsm.com |
| Gregory E. Garman, Esq.<br>Garman Turner Gordon, LLP<br>7251 Amigo Street, Suite 210<br>Las Vegas, NV  89119<br>Email:  ggarman@gtg.legal<br>Email:  bknotices@gtg.legal<br><br>*Attorneys for Creditor Blue Ox Holdings, LLC* | *Attorneys for Parties-in-Interest<br>Frederick J. Petersen &<br>Mesch Clark Rothschild, P.C.* |
| Philip G. Mitchell, Esq.<br>Gammage & Burnham, PLC<br>40 N Central Ave., 20th Floor<br>Phoenix, AZ  85004<br>Email:  pmitchell@gblaw.com<br><br>Tamalyn E. Lewis, Esq.<br>Patrick Clisham, Esq.<br>Engleman Berger, PC<br>2800 North Central Avenue<br>Suite 1200<br>Phoenix, AZ  85004<br>Email:  tel@eblawyers.com<br>Email:  pac@eblawyers.com<br><br>*Attorneys for Parties-in-Interest<br>KB-2011, LLP* | Todd A. Burgess, Esq.<br>Lindsi M. Weber, Esq.<br>The Burgess Law Group<br>3131 E Camelback Rd., Suite 224<br>Phoenix, AZ  85016<br>Email:  todd@theburgesslawgroup.com<br>Email:  lindsi@theburgesslawgroup.com<br><br>*Attorneys for Remediation Financial, Inc.* |
| Richard J. Reynolds, Esq.<br>Joseph P. Buchman, Esq.<br>Burke, Williams, Sorensen, LLP<br>444 S Flower St., Suite 2400<br>Los Angeles, CA  90071<br>Email:  rreynolds@bwslaw.com<br>Email:  jbuchman@bwslaw.com<br><br>*Attorneys for City of Santa Clarita* | Daniel G. Dowd, Esq.<br>J. Neil Stuart, Esq.<br>Kaysey L. Fung, Esq.<br>Cohen Dowd Quigley, P.C.<br>2425 E Camelback Rd., Suite 1100<br>Phoenix, AZ  85016<br>Email:  ddowd@cdqlaw.com<br>Email:  nstuart@cdqlaw.com<br>Email:  kfung@cdqlaw.com<br><br>*Attorneys for Porta Bella Lender, LLC* |
| Warren Stapleton, Esq.<br>Osborn Maledon | Steven P. McDonald, Esq.<br>The McDonald Law Firm |

| | | |
|---|---|---|
| 1 | 2929 North Central Avenue<br>Twenty-First Floor<br>Phoenix, AZ  85012-2793<br>Email:  wstapleton@omlaw.com | 1609 Soledad Avenue<br>La Jolla, CA  92037<br>Email:  smcdonald@themcdonaldlawfirm.com |

*Attorneys for Prologis*

Foley, Bezek, Behle & Curtis, LLP, c/o
Susan M. Freeman, Esq.
Lewis Roca Rothgerber Christie, LLP
201 E. Washington Street
Ste. 1200
Phoenix, Arizona  85004-2595

Sacks, Ricketts & Case, LLP
2800 N. Central Ave., Suite 1910
Phoenix, Arizona  85004
Email:  ssacks@srclaw.com

Los Angeles County Treasurer
  and Tax Collector
Attn:  Bankruptcy Unit
PO Box 54110
Los Angeles, CA  90054-0110

California Department of Toxic
  Substance Control
PO Box 806
Sacramento, CA  95812-0806

Kimley Horn
7740 N. 16th St., Suite 300
Phoenix, AZ  85020

Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067

Steve Miers
6000 South 56th Street
Lincoln, NE  68516

Securities and Exchange Commission
Attn:  Office of Reorganization
444 S Flower Street, Suite 900
Los Angeles, CA  90071-9591

Arizona Department of Revenue
Attn:  Bankruptcy Litigation
1600 W Monroe, 7th Floor
Phoenix, AZ  85007-2650

By: */s/ Sharon D. Kirby*