Thomas J. Salerno (007492)
Anthony P. Cali (028261)
**STINSON LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
thomas.salerno@stinson.com
anthony.cali@stinson.com

*Attorneys for Interested Party and Creditor Whittaker Corporation*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SANTA CLARITA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:20-bk-12402-MCW<br><br>**WHITTAKER CORPORATION'S STATEMENT OF POSITION REGARDING, AND LIMITED OBJECTION TO, TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>**Related Dkt. 508**<br><br>**Hearing Date: TBD**<br>**Time of Hearing: TBD** |

Whittaker Corporation ("**Whittaker**"), a party-in-interest and secured creditor in the above captioned Chapter 11 proceeding of Santa Clarita, LLC ("**Debtor**"), hereby files this Statement of Position and Limited Objection with respect to the *Trustee's Application for Compensation and Reimbursement of Expenses* [Dkt. 508] (the "**Fee Application**") filed by Michael W. Carmel, the Chapter 11 Trustee (the "**Trustee**"). The

Fee Application seeks approval of fee payments to the Trustee in the amount of $2 million (less $149,352.20 already received by the Trustee to date).

There is a pending sale of the main asset of the estate scheduled for April 14, 2022 (with Whittaker having until April 12, 2022 to file an objection) (the "**Proposed Sale**"). While the relevant parties are discussing settlement, Whittaker as of today continues to have serious concerns over the legality of the Proposed Sale.

The Trustee's Fee Application is putting the cart before the horse and is premature. The $2 million fee the Trustee is seeking is predicated on there being a Court-approved sale on April 14, 2022 or a $225,000,000 payoff by Remediation Financial, Inc. by April 12, 2022. Neither has happened.

As noted above, Whittaker continues to engage in settlement discussions with, among others, the Trustee and Blue Ox Holdings, LLC, and has been granted until April 12, 2022 to file an objection to the Proposed Sale. One potential objection Whittaker has to the Proposed Sale[1] is that it involves a priority skipping allocation and payment to administrative creditors from the Proposed Sale rather than allocation of sale proceeds to junior secured creditors. Whittaker has filed a Demand for Adequate Protection with respect to the Proposed Sale. *See* Dkt. No. 547. Consideration of the Fee Application separate from the Proposed Sale makes no sense, and prejudices Whittaker with respect to its objections to the Proposed Sale.

WHEREFORE, Whittaker requests that the Court deny the Trustee Fee Application without prejudice, and take it up at the most appropriate time—*i.e.* with or after the hearing on the Proposed Sale.

---

[1] Whittaker has other objections to the Proposed Sale as well.

RESPECTFULLY SUBMITTED this 31st day of March, 2022.

**STINSON LLP**

By: /s/ Thomas J. Salerno
Thomas J. Salerno
Anthony P. Cali
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

*Attorneys for Interested Party and Creditor Whittaker Corporation*

I hereby certify that on March 31, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1:

/s/ Lindsay Petrowski

CORE/3516877.0003/173571407.1