1  Steven P. McDonald (CA SB77368)
   The McDonald Law Firm, LC
2  1609 Soledad Ave.
   La Jolla, CA 92037
3  Telephone: (858) 551-1185
   Email: smcdonald@themcdonaldlawfirm.com
4
   *Attorneys for Creditor Hargis + Associates, Inc.*
5

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: | Proceedings Under Chapter 11 |
| SANTA CLARITA, LLC, | Case No. 2:20-bk-12402-MCW |
| Debtor. | **HARGIS + ASSOCIATES, INC. JOINDER IN WHITTAKER CORPORATION'S STATEMENT OF POSITION REGARDING, AND LIMITED OBJECTION TO, TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| | **[Related Dkt. Nos. 508 and 548]** |
| | **Hearing Date: TBD**<br>**Time: TBD** |

Hargis + Associates, Inc., a California corporation, ("**Hargis**"), a secured creditor and party in interest in the above-captioned Chapter 11 proceeding of Santa Clarita, LLC ("**Debtor**") case, herewith files this joinder to *WHITTAKER CORPORATION'S STATEMENT OF POSITION REGARDING, AND LIMITED OBJECTION TO, TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES* [Dkt. No. 548]("**Whittaker's Statement and Objection"**)(objecting to *Trustee's Application for Compensation and Reimbursement of Expenses* [Dkt. 508] (the "**Fee Application**") filed by Michael W. Carmel, the Chapter 11 Trustee (the "**Trustee**"*)*.

/ / /

/ / /

WHEREFORE, Hargis requests that the Court deny the Trustee Fee Application without prejudice, and take it up at the most appropriate time—i.e. with or after the hearing on the pending sale of the main asset of the estate scheduled for April 14, 2022.

RESPECTFULLY SUBMITTED this 31st day of March 2022.

                                The McDonald Law Firm, LC

                              By: *Steven P. McDonald*
                                   Steven P. McDonald
                                   Attorneys for Creditor Hargis + Associates, Inc.