Christopher H. Bayley (#010764)
Steven D. Jerome (#018420)
James G. Florentine (#034058)
Molly J. Kjartanson (#034063)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: cbayley@swlaw.com
sjerome@swlaw.com
jflorentine@swlaw.com
mkjartanson@swlaw.com
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Proceedings Under Chapter 11 |
| SANTA CLARITA, LLC, | Case No. 2:20-bk-12402-MCW |
| Debtor. | **NOTICE OF HEARING ON TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| | [Related to Doc. Nos. 508, 548, 549, 550] |
| | Hearing Date: May 10, 2022<br>Time: 2:00 p.m.<br>Location: Zoom/Telephonic |

**NOTICE IS HEREBY GIVEN** that a hearing on the *Trustee's Application for Compensation and Reimbursement of Expenses* [Doc. No. 508] filed by Michael W. Carmel, the Chapter 11 Trustee, and other related pleadings [Doc. Nos. 548, 549, 550], will be held at the U.S Bankruptcy Court for the District of Arizona on **Tuesday, May 10, 2022, at 2:00 p.m.** before the Honorable Madeleine C. Wanslee. Parties may appear at the hearing either by (1) videoconference by visiting www.zoomgov.com, Meeting ID: 161 724 2602, Passcode: 200654 or (2) telephone by calling (877) 402-9753, Access

Code: 7471798.

RESPECTFULLY SUBMITTED this 8th day of April, 2022.

SNELL & WILMER L.L.P.

By: */s/ Christopher H. Bayley*
Christopher H. Bayley
Steven D. Jerome
James G. Florentine
Molly J. Kjartanson
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Attorneys for Debtor Santa Clarita, LLC

COPY of the foregoing served via ECF notice or U.S. Mail this this 8th day of April, 2022, to:

| Edward K. Bernatavicius<br>United States Trustee<br>230 N 1st Ave, Suite 204<br>Phoenix, AZ 85003<br>Email: edward.k.bernatavicius@usdoj.gov | Thomas J. Salerno<br>Anthony P. Cali<br>STINSON LLP<br>1850 N. Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>thomas.salerno@stinson.com<br>anthony.cali@stinson.com<br><br>*Attorneys for Interested Party and Creditor Whittaker Corporation* |
|---|---|
| Teresa M. Pilatowicz, Esq.<br>Garman Turner Gordon LLP<br>2415 E. Camelback Rd., Suite 700<br>Phoenix, AZ 85016<br>Email: tpilatowicz@gtg.legal;<br>bknotices@gtg.legal<br><br>Gregory E. Garman, Esq.<br>Garman Turner Gordon LLP<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Email: ggarman@gtg.legal;<br>bknotices@gtg.legal<br><br>*Attorneys for Creditor Blue Ox Holdings, LLC* | Mark G. Ledwin, Esq.<br>1133 Westchester Avenue<br>White Plains, New York 10604<br>Email: mark.ledwin@wilsonelser.com<br><br>Taylor H. Allin<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>2720 East Camelback Road, Suite 210<br>Phoenix, Arizona 85016<br>Email: taylor.allin@wilsonelser.com<br><br>*Attorneys for Steadfast Santa Clarita, LLC* |

1

4870-6016-7707

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | John L. Condrey<br>Kira N. Barrett<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>Two N. Central Avenue Suite 2200<br>Phoenix, AZ 85004<br>jcondrey@grsm.com<br>knbarrett@grsm.com<br>*Attorneys for Parties in Interest Frederick J. Petersen & Mesch Clark Rothschild, P.C* | Tamalyn E. Lewis<br>Patrick A. Clisham<br>Engelman Berger, P.C.<br>2800 North Central Ave., Suite 1200<br>Phoenix, AZ 85012<br>tel@eblawyers.com<br>pac@eblawyers.com<br>*Attorneys for KB-2011, LLLP* |
| 7<br>8<br>9<br>10<br>11 | Richard J. Reynolds<br>Joseph P. Buchman<br>BURKE, WILLIAMS, & SORENSEN, LLP<br>444 S. Flower Street, Suite 2400<br>Los Angeles, CA 90071<br>rreynolds@bwslaw.com<br>jbuchman@bwswlaw.com<br>*Attorneys for the City of Santa Clarita* | Susan M. Freeman<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>201 E. Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>SFreeman@LRRC.com<br>*Attorneys for Foley, Bezek, Behle & Curtis, LLP* |
| 12<br>13<br>14 | Allen Barnes & Jones, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004<br>tallen@allenbarneslaw.com | Sacks, Ricketts & Case LLP<br>2800 N. Central Ave., Suite 1910<br>Phoenix, AZ 85004<br>ssacks@srclaw.com |
| 15<br>16<br>17 | Los Angeles County Treasurer and Tax Collector<br>Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110<br>bankruptcy@ttc.lacounty.gov | Steven P. McDonald<br>The McDonald Law Firm<br>1609 Soledad Ave.<br>La Jolla, CA 92037<br>smcdonald@themcdonaldlawfirm.com<br>*Attorney for Hargis + Associates, Inc.* |
| 18<br>19<br>20<br>21 | Michael W. Carmel<br>Michael W. Carmel, Ltd.<br>80 East Columbus Ave.<br>Phoenix, AZ 85012<br>Michael@mcarmellaw.com<br>*Chapter 11 Trustee* | Allene and Robert Turpin<br>c/o Daniel G. Dowd<br>Cohen Dowd Quigley<br>2425 E. Camelback Rd, Suite 1100<br>Phoenix, AZ 85016-9207<br>ddowd@CDQLaw.com |
| 22<br>23<br>24<br>25<br>26 | Daniel G. Dowd<br>J. Neil Stuart<br>Kaysey L. Fung<br>COHEN DOWD QUIGLEY P.C.<br>2425 East Camelback Road, Suite 1100<br>Phoenix, Arizona 85016<br>ddowd@CDQLaw.com<br>nstuart@CDQLaw.com<br>kfung@CDQLaw.com<br>*Attorneys for Porta Bella Lender, L.L.C.* | Todd Burgess<br>Lindsi Weber<br>The Burgess Law Group<br>3131 E. Camelback Rd., Suite 224<br>Phoenix, AZ 85016<br>Todd@theburgesslawgroup.com<br>Lindsi@theburgesslawgroup.com<br>*Attorneys for Remediation Financial Inc.* |
| 27<br>28 | California Department of Toxic Substance Control<br>PO Box 806 | Steve Miers<br>6000 South 56th Street<br>Lincoln, NE 68516 |

4870-6016-7707

| | |
|---|---|
| Sacramento, CA 95812-0806<br>Jose.Diaz@dtsc.ca.gov | smiers6869@aol.com |
| California Department of Toxic Substance Control<br>9211 Oakdale Ave.<br>Chatsworth, CA 91311 | Engineering/Remediation Group<br>4585 Pacheco Blvd., Suite 200<br>Martinez, CA 94553 |
| Kimley Horn<br>7740 N. 16th Street, #300<br>Phoenix, AZ 85020 | Loeb & Loeb<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067 |
| AZ Department of Revenue<br>Bankruptcy Litigation<br>1600 W. Monroe, 7th Fl.<br>Phoenix, AZ 85007-2650 | GES Holdings, LLC<br>6040 E. Thomas Road<br>Scottsdale, AZ 85251-7508 |
| Courson Company<br>2882 Sand Hill Road, Unit 117<br>Menlo Park, CA 94025-7057 | Steadfast Insurance Company<br>1299 Zurich Way, 5th Fl.<br>Schaumburg, IL 60196-5870 |
| Stonehill Capital Management LLC<br>320 Park Ave., 26th Fl.<br>New York, NY 10022-6893 | Stonehill Master Fund Ltd.<br>885 Third Ave., 30th Fl.<br>New York, NY 10022-4834 |
| Zurich American Insurance Company<br>1299 Zurich Way, 5th Fl.<br>Schaumburg, IL 60196-1091 | |

/s/ Paula Shanahan

4870-6016-7707