Thomas J. Salerno (007492)
Anthony P. Cali (028261)
**STINSON LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
thomas.salerno@stinson.com
anthony.cali@stinson.com

*Attorneys for Interested Party and Creditor Whittaker Corporation*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SANTA CLARITA, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:20-bk-12402-MCW<br><br>**NOTICE OF ERRATA RE: WHITTAKER CORPORATION'S REPLY IN SUPPORT OF DEMAND FOR ADEQUATE PROTECTION**<br><br>**Related Dkt. No. 574**<br><br>**Hearing Date: April 21, 2022**<br>**Time of Hearing: 11:00 a.m.** |

Whittaker Corporation ("**Whittaker**"), a party-in-interest and secured creditor in the above captioned Chapter 11 proceeding of Santa Clarita, LLC ("**Debtor**"), hereby files this Notice of Errata regarding *Whittaker Corporation's Reply in Support of Demand for Adequate Protection* [Dkt. No. 574] (the "**Reply**"). The caption of the Reply mistakenly shows "Related Dkt. 497." That was in error. The actual related docket entries are Dkt. Nos. 547, 563, and 564, as reflected in body of the Reply.

DATED this 19th day of April 2022.

**STINSON LLP**

By:   /s/ Anthony P. Cali
      Thomas J. Salerno
      Anthony P. Cali
      1850 N. Central Avenue, Suite 2100
      Phoenix, Arizona 85004-4584

*Attorneys for Interested Party and Creditor Whittaker Corporation*

I hereby certify that on April 19, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, which constitutes service, pursuant to L.R. Bankr. P. 9076-1

/s/ Lindsay Petrowski
CORE/3516877.0003/173958611.1